# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Darin R. Bengtson, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Andrew Saul, Commissioner of Social Security, | ) | Case No. 1:19-cv-144 |
| Defendant. | ) | |

**IT IS ORDERED:**

1. Plaintiff shall have until January 17, 2020, to file a motion for summary judgment and supporting brief.

2. Defendant shall have until February 17, 2020, to file a motion for summary judgment and supporting brief.

3. Plaintiff shall have until March 17, 2020 to file a responsive brief.

Dated this 16th day of December, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court